■ J & H STOLOW, INC., et al., Appellants, v EPSTEIN BECKER & GREEN, P. C., et al., Respondents, et al., Defendants. [639 NYS2d 25]

Plaintiffs' attempt to hold their creditor's attorneys liable for fraud for having sent them demand letters and then commencing an action on the creditor's behalf to recover a loan that plaintiffs allege had been extended and was not in default, was properly rejected for failure to raise a bona fide issue (*see, Assing v United Rubber Supply Co.*, 126 AD2d 590) of justifiable reliance (*see, Wilsen Assocs. Real Estate Corp. v Pizilly*, 204 AD2d 777, 778, citing, *inter alia, Channel Master Corp. v Aluminium Ltd. Sales*, 4 NY2d 403, 407). Concur—Ross, J. P., Nardelli, Williams and Mazzarelli, JJ.